# IN THE MISSOURI COURT OF APPEALS
## MARCH 4, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

| | |
|---|---|
| WD75667 | John Brinson vs. State of Missouri |
| WD75981 | Brian Schultz vs. State of Missouri |
| WD76166 | In the Matter of KCP&L Greater Missouri Operations Company's Request for Authority to Implement a General Rate Increase for Electric Service; Missouri Public Service Commission vs. Missouri Energy Consumers Group; Office of Public Counsel; Missouri Public Service Commission; Dogwood Energy, Inc.; and Union Electric D/B/A Ameren Missouri |
| WD76167 | Consolidated with WD76166 |
| WD76203 | In the Interest of A.V.B.; Missouri Department of Social Services, Children's Division vs. M.C. (Father) |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------
None